RICHARD SCHNEIDER, Appellant, v. RUTH L. HEVERIN, Respondent.— In an action to recover damages for personal injuries resulting from the alleged negligence of the defendant in operating a motor vehicle, judgment in so far as it adjudges that plaintiff recover no damages in his first cause of action, for personal injuries, unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ.

SOLOMON SNITOW, Appellant, v. CENTRAL COAL COMPANY, INC., Respondent.— In an action to recover commissions alleged to have been earned by a coal salesman, and also to recover damages for his alleged wrongful discharge, order denying plaintiff's motion to complete the defendant's examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

CATHERINE M. STACKPOLE, Respondent, v. MAX AND JOE, INC., Appellant, and FREDERICK ALLEN and HENRY M. ALLEN, Respondents.— Order setting aside verdict in favor of the plaintiff and against defendants Allen, and in favor of the appellant against the plaintiff, and granting a new trial, unanimously affirmed, with costs to respondents to abide the event. No opinion. Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ.